IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv321

| | |
|---|---|
| JEFFERY HYDE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COOPERRIIS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's *pro se* Motion to Stay [# 5]. Plaintiff moves to stay these proceedings while he pursues reconsideration by the EEOC of his charge of discrimination filed with the EEOC. Upon a review of the docket, Plaintiff's motion, and the relevant legal authority, the Court **DENIES** the motion [# 5]. Having chosen to pursue this action in federal court, the Court will not allow Plaintiff to now stay the action while he pursues further relief with the EEOC. Plaintiff must either prosecute this action or seek a voluntary dismissal.

Signed: December 20, 2012

Dennis L. Howell
United States Magistrate Judge